AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jair GARCIA DAVILA<br><br>Defendant(s) | Case No. 14-6357-Hunt |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 10, 2014** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952(a)<br>21 U.S.C. § 841(a)(1) | The defendant, Jair Garcia Davila, did knowingly and intentionally import into the United States from a place outside thereof a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of heroin, and did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of heroin. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*  11:27 AM

Richard F. Agüinaga, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/12/2014

*Judge's signature*

City and state: Fort Lauderdale, Florida    Hon. Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jair GARCIA DAVILA | ) | Case No. 14-6357-Hunt |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **October 10, 2014**  in the county of  **Broward**  in the  **Southern**  District of  **Florida** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952(a) | The defendant, Jair Garcia Davila, did knowingly and intentionally import into the United States from a place outside thereof a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of heroin, and did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of heroin. |
| 21 U.S.C. § 841(a)(1) | |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Richard F. Aguinaga, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/12/2014

*Judge's signature*

City and state: Fort Lauderdale, Florida     Hon. Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Richard F. Aguinaga, first being duly sworn, states as follows:

### AFFIANT'S BACKGROUND

1. I am employed as a Special Agent (S/A) with the United States (US), Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been so employed for approximately eleven (11) years. During that time, I have completed federal law enforcement training at Glynco, Georgia, and I have conducted investigations into criminal violations of the laws governing immigration violations as well as illegal trafficking and importation of narcotics into the U.S.

### PURPOSE OF THE AFFIDAVIT

2. The information contained in this affidavit is submitted for the limited purposes of supplying probable cause for the issuance of a criminal complaint against Jair GARCIA DAVILA for violation of Title 21 United States Code (USC), Section 952 and Title 21 USC, Section 841(a)(1). The following is based upon my own personal knowledge, information supplied to me by other law enforcement personnel, as well as information provided by non-law enforcement sources.

Because this affidavit is submitted for purposes of establishing probable cause, I have not set forth each and every fact about this investigation.

## BACKGROUND FACTS

3. On October 10, 2014, at approximately 7:03 p.m., GARCIA DAVILA, a citizen and national of the Republic of Colombia (CO), arrived at the Fort Lauderdale/Hollywood International Airport (FLL), in Broward County, and in the Southern District of Florida, from Armenia, CO on board Spirit Airlines (NK) flight numbered 652.

4. A Customs and Border Protection Officer (CBPO) subsequently conducted an interview of GARCIA DAVILA. During the interview, GARCIA DAVILA made statements to the CBPO that he, GARCIA DAVILA, had swallowed thirty (30) foreign bodies, also known as (AKA) pellets and AKA balls, of cocaine. GARCIA DAVILA made statements to the CBPO that he, GARCIA DAVILA, needed to go to the bathroom.

5. GARCIA DAVILA was moved into a Customs and Border Protection (CBP) holding cell containing a specialized toilet and subsequently proceeded to begin to expel the foreign bodies via bowel movement. After using and then rising from the toilet, GARCIA DAVILA pointed at the contents of the toilet and stated to CBPO "it's cocaine".

6. GARCIA DAVILA was subsequently transported by an ambulance from FLL to a Broward General Medical Center emergency room and was reportedly accompanied by CBP.

7. While at the Broward General Medical Center, GARCIA DAVILA continued to expel foreign bodies via bowel movement. A CBPO conducted a field test of the contents of one (1) of the foreign bodies expelled by GARCIA DAVILA. The contents field tested positive for heroin. GARCIA DAVILA then asked the CBPO "What was it"? The CBPO responded by asking GARCIA DAVILA "What was it"? GARCIA DAVILA answered "cocaine". The CBPO then informed GARCIA DAVILA it was not cocaine. GARCIA DAVILA then responded "no, it is cocaine".

8. On October 11, 2014, at approximately 8:49 p.m., S/A Aguinaga read GARCIA DAVILA his <u>Miranda</u> warnings out loud and in the Spanish language. At approximately 8:52 p.m., GARCIA DAVILA agreed to speak with law enforcement without an attorney present. At approximately 8:55 p.m., GARCIA DAVILA signed the waiver of his rights.

9. At approximately 8:55 p.m., an interview of GARCIA DAVILA was initiated by S/A Aguinaga. GARCIA DAVILA stated he had balls in his stomach. GARCIA

DAVILA stated they told me it was cocaine. GARCIA DAVILA stated I thought it was cocaine.

10. CBP reported that GARCIA DAVILA expelled approximately twenty-nine (29) pellets and that the GROSS weight of the pellets was 1.322 kilograms.

11. Based on the foregoing facts, your affiant submits that there is probable cause to believe that GARCIA DAVILA is in violation of Title 21 United States Code (USC), Section 952(a) and Title 21 USC, Section 841(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT

RICHARD F. AGUINAGA, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

SWORN TO AND SUBSCRIBED before me this 12th day of October, 2014.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

4