Oct 23, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60263-CR-DIMITROULEAS/SNOW

21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

JAIR GARCIA DAVILA,

                            Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 10, 2014, at Fort Lauderdale-Hollywood International Airport, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JAIR GARCIA DAVILA,**

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a).

Pursuant to Title 21, United States Code, Section 960(b)(3), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

### COUNT 2

On or about October 10, 2014, at Fort Lauderdale-Hollywood International Airport, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JAIR GARCIA DAVILA,**

1

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

A TRUE BILL

*[signature]*

FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
BRENT S. TANTILLO
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| JAIR GARCIA DAVILA, | |
| **Defendant.** | |
| _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

    Miami ____    Key West ____
    FTL __X__    WPB ____    FTP ____

New Defendant(s) ____ Yes ____ No
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                    (Check only one)

   I    0 to 5 days      __X__           Petty      ____
   II   6 to 10 days     ____            Minor      ____
   III  11 to 20 days    ____            Misdem.    ____
   IV   21 to 60 days    ____            Felony     __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court?   ____ (Yes or No)
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   ____ **YES** (Yes or No)
   If yes:
   Magistrate Case No.   14-MJ-06357-PMH
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of   October 10, 2014
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case?   NO   (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   __X__ No

                                                /s/ Brent Tantillo
                                               BRENT S. TANTILLO
                                               ASSISTANT UNITED STATES ATTORNEY
                                               Court ID No.: A5501027

Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JAIR GARCIA DAVILA   **Case No:** _____

Count #: 1

Importation of heroin into the United States

21 U.S.C. §§ 952(a) and 960(b)(3)

* **Max. Penalty:** Twenty (20) years' imprisonment, $1,000,000 fine and at least three (3) years supervised release

Count # 2

Possession with intent to distribute heroin

21 U.S.C. § 841(a)(1) and (b)(1)(C)

***Max. Penalty:** Twenty (20) years' imprisonment, $1,000,000 fine and at least three (3) years supervised release

Count #:

_____

*****Max. Penalty:**

Count #:

_____

*****Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.