UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-60263-CR-WPD

UNITED STATES OF AMERICA

PRISONER#_____

vs

LANGUAGE____Spanish_____

JAIR GARCIA DAVILA

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before a U.S. Magistrate Judge in the Southern District of Florida on 10-28-14 , where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:         Address/ Custody:_____in custody_____

DEFENSE COUNSEL:   Name:_____FPD_____

                  Address:_____

                  _____

                  Telephone:_____

Dated this___28th_____day of __October____,2014.

STEVEN LARIMORE
CLERK OF COURT

By:_____[signature]_____
Deputy Clerk